AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Parker, Michael T. | **2. Court or Organization**<br><br>Southern Dist. of Mississippi | **3. Date of Report**<br><br>08/05/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |
| **7. Chambers or Office Address**<br><br>701 N. Main Street, Suite 216<br>Hattiesburg, MS 39401 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | South Central Mississippi Bar Association |
| 2. | Member | Parker Holdings, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 08/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/22/15 | United States Treasury - tax overpayment | $6,800.00 |
| 2. 6/1/15 | Mississippi State Tax Commission - tax overpayment | $1,101.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Iberia Bank | Mortgage on rental propery - Orange Beach, AL (see Part VII, line 33 and explanation in Part VIII) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annuity CNA Annuity, Continental Assuance Company (See VIII) | | None | N | W | | | | | |
| 2. Life Insurance -- State Farm | A | Interest | J | T | | | | | |
| 3. Bancorp South -- Accounts | A | Interest | J | T | | | | | |
| 4. Community Bank -- Accounts | A | Interest | J | T | | | | | |
| 5. College Tuition Contracts -MPACT | A | Interest | J | T | | | | | |
| 6. United States Savings Bonds | A | Interest | J | T | | | | | |
| 7. Regions Bank - Account | A | Interest | K | T | | | | | |
| 8. IRA (funds included in IRA are indented below) | D | Int./Div. | M | T | | | | | |
| 9. ---Pimco Total Return Class C | A | Int./Div. | J | T | | | | | |
| 10. ---Franklin Income Fund Class C | A | Int./Div. | K | T | | | | | |
| 11. ---American Growth Fund of America Class F1 | D | Int./Div. | L | T | | | | | |
| 12. ---Lord Abbett Bond-Debenture Fund Class C | A | Int./Div. | J | T | | | | | |
| 13. ---MFS Total Return Fund Class C | A | Int./Div. | K | T | | | | | |
| 14. --- Franklin Mutual Series Shares Class C | B | Int./Div. | K | T | | | | | |
| 15. ---Templeton Growth Class C | A | Int./Div. | K | T | | | | | |
| 16. ---Fidelity Government Money Market | A | Int./Div. | K | T | | | | | |
| 17. ---Dunham Monthly Distribution Fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Forward Select Income Fund Class C | B | Int./Div. | J | T | | | | | |
| 19. ---Columbia Acorn Fund Class C | D | Int./Div. | J | T | | | | | |
| 20. ---First Eagle Global Fund Class C | A | Int./Div. | J | T | | | | | |
| 21. ---American Investment Co of America Class F1 | B | Int./Div. | J | T | | | | | |
| 22. Voya Golden Select Variable Annuity -- funds below | | None | M | T | | | | | |
| 23. ---Voya Retirement Moderate Growth | | None | K | T | | | | | |
| 24. ---Voya Templeton Global Growth Portfolio | | None | K | T | | | | | |
| 25. ---Voya Index Plus Large Cap Portfolio | | None | K | T | | | | | |
| 26. ---Voya VP Index Plus MidCap Porfolio | | None | K | T | | | | | |
| 27. --- Voya Index Plus Small Cap Portfolio | | None | K | T | | | | | |
| 28. ---Voya Clarion Real Estate Portfolio (S) | | None | K | T | | | | | |
| 29. ---Voya Large Cap Growth Portfolio (S) | | None | K | T | | | | | |
| 30. Allianz Life Ins. Company--- Annuity | | None | M | T | | | | | |
| 31. Discover Bank | B | Interest | M | T | | | | | |
| 32. CIT Bank | B | Interest | M | T | | | | | |
| 33. Rental Property - Orange Beach, AL (see VIII) | D | Rent | N | R | Buy | 07/27/15 | N | | Steven & Melissa Bryant |
| 34. Iberia Bank (see VIII) | A | None | J | T | | 07/27/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 08/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1 -- Parker Holdings, LLC rental property in Orange Beach, AL

Part VII, Line 1 -- Annuity which pays a fixed monthly amount.

Part VII, Line 22 - this is a header entry, the specific funds are listed below the header

Part VII, Line 33 -- Parker Holdings, LLC rental property in Orange Beach, AL

Part VII, Line 34 -- Parker Holdings, LLC account for rental property in Orange Beach, AL  New account opened on 7/27/15 and funded with proceeds from Regions account listed at Section VII, Line 7.  The account did not draw any interest in 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 08/05/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael T. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544